# MICHAEL HUESTON
## ATTORNEY AT LAW

16 COURT STREET  
SUITE 1800  
BROOKLYN, NEW YORK 11241

Tel: (718) 246-2900  
Fax: (718) 246-2903  
Email: mhueston@nyc.rr.com

April 6, 2020

BY ECF  
The Honorable Lorna G. Schofield  
United States District Court  
Southern District of New York  
40 Foley Square, Room 201  
New York, New York 10007

> Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 761.
>
> Dated: April 7, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *United States v. Vaid, et al.*, S2 16 Cr. 763 (LGS)

Your Honor:

      Richard H. Rosenberg, Stephen Flamhaft, Esq., and I represented Mr. Asher Oleg Kataev in the above-referenced case.

      We write to request that Your Honor permit us to provide his new counsel, Nicholas Smith, Esq., with a copy of Mr. Kataev's Presentence Report, including any revisions. Mr. Smith has informed us that he is representing Mr. Kataev regarding a potential application seeking compassionate release and has asked that we provide him with the Presentence Report.

      We have contacted the United States Probation Department and it has no objection to this application.

Respectfully,

s/  
Michael Hueston

cc: P.O. Robert Flemen (by email)  
     A.U.S.A. David Lewis (by ecf)  
     Nicholas Smith, Esq. (by email)